**WI–LAN, INC., Plaintiff–Appellant,**

v.

**LG ELECTRONICS, INC. and LG Electronics USA, INC., Defendants–Appellees.**

No. 2012–1273.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2012.

David E. Sipiora, Kilpatrick Townsend & Stockton, LLP, of Denver, CO, argued for plaintiff-appellant. With him on the brief was Matthew C. Holohan. Of coun-

**104**

sel on the brief was Richard S. Meyer, Boies, Schiller & Flexner LLP, of Washington, DC.

Richard D. Harris, Greenberg Traurig, LLP, of Chicago, IL, argued for defendants-appellees. With him on the brief were Jeffrey G. Mote, James J. Lukas, Jr., and Eric J. Maiers. Of counsel was Richard A. Edlin, of New York, New York.

MOORE, CLEVENGER, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.